UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENVEST, LLC,<br><br>       Petitioner,<br> vs.<br>BNC FRANCES VILLAS, L.P.; BNC FRANCES L.P.; BNC INVESTMENTS, LLC; BNC FRANCES OAKS LLC; BNC FRANCES TRAILS LLC; BARRY S. NUSSBAUM; RICHARD GELBART; SUZANNE STUBBLEFIELD; AND ROGER ARTZ AS TRUSTEE OF PLAZA DEL SOL REAL ESTATE TRUST,<br><br>       Respondents. | CASE NO. 09cv2670-WQH-JMA<br><br>ORDER |

HAYES, Judge:

  On January 28, 2010, the Court issued an Order which states: "Petitioner is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of subject matter jurisdiction. This action will be dismissed without prejudice unless, no later than **February 12, 2010**, Petitioner files an amended petition which adequately alleges a basis for subject matter jurisdiction." (Doc. # 15).

  The docket reflects that Petitioner has not filed an amended petition. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: February 16, 2010

                *William Q. Hayes*
                **WILLIAM Q. HAYES**
                United States District Judge